**Dismissed and Memorandum Opinion filed April 17, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-10-00510-CV

———————

**JAMES BAXTER, Appellant**

**V.**

**ADVANTAGE CLAIMS RECOVERY, PAMELA DAVIS
AND RICHARD DAVIS, Appellees**

---

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2005-37518**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 2, 2010. The clerk's record was filed December 28, 2010. The reporter's record was filed October 17, 2011. No brief was filed.

On March 1, 2012, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before

April 2, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore, Brown.